In the Matter of the Application of THEODORE R. CARPENTER, as Substituted Trustee under the Will of J. FAIRFIELD CARPENTER, Deceased, et al., Appellants and Respondents.

AMERICAN SURETY COMPANY OF NEW YORK, Respondent and Appellant.

Submitted November 12, 1946; decided November 21, 1946.

*J. Theodore Cross* and *Francis C. Steates* for motion to dismiss appeal.

*Alanson R. Fredericks* and *George R. Crosby* for motion to amend notice of appeal and to compel acceptance thereof.

Motion to dismiss appeal denied.

Motion to amend notice of appeal and to compel acceptance thereof granted.